UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 2:12-md-02311-SFC-RSW<br>Honorable Sean F. Cox |
| In Re: Side Door Latches | Case Nos. 2:17cv11637, 2:17cv04305 |
| **THIS RELATES TO:**<br>State Attorneys General | |
| **STATE OF CALIFORNIA,**<br>ex rel. Rob Bonta,<br>Attorney General of the State of California<br>Plaintiffs,<br>v.<br>**Brose Schließsysteme GmbH & Co. Kommanditgesellschaft and Brose North America, Inc.**<br>**Defendants.** | Case No. 2:23-cv-13146<br><br>**Notice of Voluntary Dismissal** |

Under Federal Rule of Civil Procedure 41(a), the State of California and its state agencies dismiss Brose Schließsysteme GmbH & Co. Kommanditgesellschaft and Brose North America, Inc. (collectively, "Defendants") from this action.

Defendants have not filed an answer or motion for summary judgment with respect to the State of California's Complaint. The action has settled against Defendants under the terms of the attached settlement agreement. Dismissal of this action against Defendants is with prejudice and the parties shall bear their own attorneys' fees and costs.

Dated: December 11, 2023

Rob Bonta
Attorney General of California

/s/ Michael Jorgenson
Paula Blizzard
Senior Assistant Attorney General
Michael Jorgenson
Supervising Deputy Attorney General
CA State Bar No. 201145
Winston H. Chen
Deputy Attorney General
 455 Golden Gate Avenue, 11th Floor
 San Francisco, CA 94102
 Tel: (415) 510-3882
 Michael.Jorgenson@doj.ca.gov
*Attorneys for Plaintiffs*